WASHBURN and others *vs.* MCLAUGHLIN and another.

.WHITE and others *vs.* SAME.

These cases were submitted to the Chancellor by consent of counsel of both parties, upon the evidence taken in the case of *Van Keuren* v. *McLaughlin,* decided in May Term, 1868, (reported *ante p.* 187.) By the pleadings and proofs, the complainants in these suits are placed in the same position as to the defendants, and the property, as Van Keuren and his partner were, in that suit.

THE CHANCELLOR.

The same questions being presented as in the case of *Van Keuren* v. *McLaughlin,* and upon precisely the same testimony, as my views have not been changed, I have arrived at the same result, for the reasons assigned in the opinion delivered in that case.